**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARTINIANO GARCIA-SEDANO (1),<br><br>        Defendant. | Case No.  16CR1057-WQH<br><br>FINDINGS OF FACT AND ORDER RE WIAVER OF DETENTION PENDING TRIAL AND SENTENCING |

In accordance with Section 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.), a detention hearing was held on May 12, 2016, to determine whether defendant MARTINIANO GARCIA-SEDANO (1), should be held in custody pending trial and, if convicted, sentencing on the above-captioned matter. Assistant United States Attorney Timothy F. Salel appeared on behalf of the United States, and attorney Leila W. Morgan, Esq., of Federal Defenders of San Diego, Inc., appeared on behalf of the Defendant.

At the hearing on May 12, 2016, Defendant knowingly and voluntarily waived his right, on the record and through counsel, to the setting of bail and a detention hearing.

Based on that waiver, the Court orders that Defendant be detained pending trial, and if convicted, sentencing in these matters, without prejudice or waiver of Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

**ORDER**

IT IS HEREBY ORDERED that Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modification by this Court, and without prejudice to the Defendant's exercise of his right to bail and a detention hearing at a future date.

SO ORDERED.

Dated: May 16, 2016

HONORABLE BARBARA L. MAJOR
United States Magistrate Judge

Prepared by:

s/Timothy F. Salel
TIMOTHY F. SALEL
Assistant U.S. Attorney

CC by e-mail to Leila W. Morgan, Esq., and
             Kasha K. Castillo, Esq.,
             Federal Defenders of San Diego, Inc.

2