

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Martiniano Garcia-Sedano (1)<br>,<br><br>                    Defendant. | CASE NO. 16cr1057-WQH<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__    an indictment has been filed in another case against the defendants and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) as charged in the Information:
    18:855(c)and(d) - Conspiracy to Use a Border Tunnel

_____

_____

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:  12/14/16

_____
JUDGE WILLIAM Q. HAYES